# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138570

DANIEL H. WHITMAN, JOYCE CHASE,
LARRY PICCOLI and MARY PICCOLI,
      Plaintiffs-Appellants,

v

GALIEN TOWNSHIP and GALIEN TOWNSHIP
ZONING BOARD OF APPEALS,
      Defendants-Appellees.

SC: 138570
COA: 287991
Berrien CC: 06-003177-AA

_____/

      On order of the Court, the application for leave to appeal the February 20, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

p0831